

# FROHSIN & BARGER, LLC
### ATTORNEYS AT LAW
ONE HIGHLAND PLACE
2151 Highland Avenue, Suite 310
**BIRMINGHAM, ALABAMA** 35205

Telephone: (205) 933-4006

Facsimile: (205) 933-4008

HENRY I FROHSIN
JAMES F. BARGER Jr.
J. ELLIOTT WALTHALL

RONALD R. BRUNSON
Of Counsel

December 14, 2011

**VIA ELECTRONIC AND U. S. MAIL**
Mr. Christopher C. Puri
Bradley Arant Boult Cummings, LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Re:  *United States ex rel Paradies et al. v. AseraCare Inc., et al.*
     Civil Action: 08-C-0384, in the Eastern District of Wisconsin

Dear Chris:

This is in response to your December 12, 2011 communication that we received today. A few things in your letter bear clarification: (1) AseraCare has never fully responded to Plaintiffs' 2nd Document Request, Item 7 and Plaintiffs' 3rd Document Request, Items 1 and 2 because it has failed to provide Attachment A & Attachment B referenced in the 2004 TCG report [See Bates ACDISC010244-10317] and (2) AseraCare has never provided a final report of the 2007-08 TCG audit – your previous production merely included a February 8, 2012 "draft."

Disturbingly, the documents included with your December 12 correspondence still do not contain Attachments A & B to the 2004 TCG Report – if there is a reason that AseraCare continues to withhold these pages from the report, please advise. We have been seeking these documents for months now to no avail and with no explanation.

Additionally, the documents included with your letter raise more concerns, because rather than a final report of the 2007-2008 audit, AseraCare now provides a previously undisclosed earlier draft of the 2007 audit, dated December 28, 2007. Please provide copies of all drafts and provide the final report as requested. Unless we receive (1) Attachments A & B to the 2004 audit report and (2) a final report of the 2007-08 audit; and (3) copies of any and all draft reports for both audits, then we will be forced to move the Court to compel production. We have been patient for months now, but time is running out.

Mr. Christopher C. Puri
December 14, 2011
Page Two

As to resolution of the subpoena served upon TCG in the District of Kansas, we appreciate your willingness to participate in resolving that issue and have given you ample opportunity to do so.  According to our previous discussions with you and Jack, you promised to provide more detailed information regarding the scope of work done by TCG for AseraCare beyond the 2004 and 2007-08 audit.  Please advise on your progress in obtaining that information from your client.  If you are unable to provide such information or otherwise meaningfully assist in responding to the subpoena, then we simply will proceed in negotiating the subpoena production directly with TCG and ask that you no longer attempt to serve as an intermediary in that process.

If Jack or you would like to discuss these issues in person, then we will make ourselves available at your convenience.

Sincerely,

James F. Barger, Jr.

JFB/kav

Cc:    Mr. Jack Selden (via electronic mail only)
       Ms. Nola J. Hitchcock Cross (via electronic mail only)
       Mr. J. Elliott Walthall (via electronic mail only)
       Mr. Henry I Frohsin (via electronic mail only)
       Mr. Ronald R. Brunson (via electronic mail only)
       Ms. Stacey C. Gerber-Ward (via electronic mail only)
       Ms. Holly Snow (via electronic mail only)

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Wednesday, December 14, 2011 5:18 PM |
| **To:** | Jim Barger; Bohl, Charles CHB (5415) |
| **Cc:** | njhcross@crosslawfirm.com; stacy.g.ward@usdoj.gov; Selden, Jack W.; cpuri@babc.com; Jones, Andrew A. AAJ (5445) |
| **Subject:** | RE: US vs. Aseracare [discovery issues] |

Jack and Charlie:  Just following up on the email below and trying to get with you to resolve discovery issues. I looked for your call all last week and early this week, but it never came.  I assume you have both been extremely busy.  Henry and I are in Atlanta tomorrow and will be unavailable all day but could certainly be available at your convenience Friday.  We also need to discuss scheduling depositions and continuing issues regarding Aseracare's deficient production related to the TCG audits.  I received a letter and an earlier draft of the 2007 audit report from Chris Puri today which raises more questions than answers.  Also, if you believe that there is anything that you lack from relators, I would like to know so that we can provide that to you -- it is my belief that all discoverable information has been provided to you.  Please contact me.  We need to work together to resolve these issues. Thanks.  Jim

205.933.4006  |  FROHSIN & BARGER  |  frohsinbarger.com


-----Original Message-----
From: Jim Barger
Sent: Saturday, December 03, 2011 10:13 AM
To: Bohl, Charles CHB (5415)
Cc: njhcross@crosslawfirm.com; stacy.g.ward@usdoj.gov; Selden, Jack W.; cpuri@babc.com; Jones, Andrew A. AAJ (5445)
Subject: Re: US vs. Aseracare [discovery issues]

Charles: I will be in my office and will welcome your call. Please be prepared to also address the continuing deficiencies in Asceracare's production -- most importantly the missing exhibits to the 2004 TCG audit and the clarification of other TCG documents that has been promised by Aseracare for months now. Also, it would be helpful if you would be prepared to offer dates for the key deponents that we have previously discussed. We have produced all of our clients for you to depose, but we have yet to receive even a proposed date for any of your people. Additionally, as the mediation made clear, your expert has completed his review of the 45 patient charts -- accordingly, there is no reason other than unnecessary delay for you to fail to disclose him in advance of the deadline. As we are all aware that there will be serious time constraints, we would appreciate your considering a disclosure in advance of the deadline or be prepared to discuss some good cause for not doing so. We look forward to talking with you. Have a pleasant weekend. Jim


Sent from my iPhone.

On Dec 3, 2011, at 9:34 AM, "Bohl, Charles CHB \(5415\)" <CBOHL@whdlaw.com> wrote:

> Jim,
>     On November 11 I sent you the attached letter objecting to your
> August 5 discovery responses and asking that plaintiffs make
> supplemental responses.  We scheduled at least one "meet and confer"
> conference but I believe that Jack and I had to cancel due to
> Thanksgiving travel and preparation for the mediation.  I believe that
> my letter is self explanatory but if you would like to discuss give me

```
> a time.  I am available all day Monday or Tuesday.  I appreciate that
> the delay has been on my end but would like to resolve as soon as we can.
>
>
>
>
> ----------------------------------------------------------------
>
> Please open the attached document.
> This document was sent to you using an HP Digital Sender.
>
>    Sent by:                     <hp9100mil>
>    Number of pages:             2
>    Document type:               B/W Document
>    Attachment File Format:      Adobe PDF
>
> To view this document you need to use the Adobe Acrobat Reader.
> For free copy of the Acrobat reader please visit:
>
>    http://www.adobe.com
>
> For more information on the HP Digital Sender please visit:
>
>    http://www.digitalsender.hp.com
>
> To ensure compliance with requirements imposed by the Internal Revenue Service, we inform
> you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-
> mail, including any attachments, was not intended or written to be used, and cannot be used,
> by any person for the purpose of (i) avoiding any penalties that may be imposed by the
> Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any
> tax-related matter addressed herein.
>
> The information in this e-mail is confidential and may be protected by the attorney's work
> product doctrine or the attorney/client privilege. It is intended solely for the
> addressee(s); access to anyone else is unauthorized.  If this message has been sent to you in
> error, do not review, disseminate, distribute or copy it. Please reply to the sender that you
> have received the message in error, then delete it.  Thank you for your cooperation.
> <scanned_.pdf>
```

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized.  If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.  Thank you for your cooperation.

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Monday, November 14, 2011 5:17 PM |
| **To:** | 'Bohl, Charles CHB (5415)' |
| **Subject:** | RE: Paradies et al v. AseraCare Inc. et al [letter regarding discovery] |

Will do.  Please also see if you can have Jack and/or Chris available so that we can discuss all of the discovery issues rather than dealing with this piecemeal.  Thanks.

205.933.4006   |   FROHSIN & BARGER   |   frohsinbarger.com

-----Original Message-----
From: Bohl, Charles CHB (5415) [mailto:CBOHL@whdlaw.com]
Sent: Monday, November 14, 2011 5:15 PM
To: Jim Barger
Subject: RE: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]

Very good.  Just give me a little notice so I can be sure I am at desk.


Charles H. Bohl
Board Certified Civil Trial Advocate National Board of Trial Advocacy

Whyte Hirschboeck Dudek S.C.
http://www.whdlaw.com
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Phone  :: (414) 978-5415
Fax    :: (414) 223-5000
Email  :: cbohl@whdlaw.com

-----Original Message-----
From: Jim Barger [mailto:jim@frohsinbarger.com]
Sent: Monday, November 14, 2011 5:13 PM
To: Bohl, Charles CHB (5415); njhcross@crosslawfirm.com
Cc: Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445); Elliott Walthall
Subject: RE: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]

Late Wednesday afternoon works.

205.933.4006   |   FROHSIN & BARGER   |   frohsinbarger.com


-----Original Message-----
From: Bohl, Charles CHB (5415) [mailto:CBOHL@whdlaw.com]
Sent: Monday, November 14, 2011 5:10 PM
To: Jim Barger; njhcross@crosslawfirm.com
Cc: Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445); Elliott Walthall
Subject: RE: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]

Jim,

1

I would be happy to discuss the issues raised in my letter Wednesday afternoon if you are available. I believe you have been talking to Jack and Chris about the TCG audit issue so I will defer to them. Let me know when you are available or if that day is bad Friday morning is also good.


Charles H. Bohl
Board Certified Civil Trial Advocate National Board of Trial Advocacy

Whyte Hirschboeck Dudek S.C.
http://www.whdlaw.com
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Phone  :: (414) 978-5415
Fax    :: (414) 223-5000
Email  :: cbohl@whdlaw.com

-----Original Message-----
From: Jim Barger [mailto:jim@frohsinbarger.com]
Sent: Friday, November 11, 2011 4:47 PM
To: Bohl, Charles CHB (5415); njhcross@crosslawfirm.com
Cc: Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445); Elliott Walthall
Subject: RE: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]

Charles:  Please let me know when you are available early next week to discuss exactly what you are looking for so that we can be sure that you have everything to which you are entitled.  Until your letter of today, we were unaware that you were unsatisfied or lacked anything other than the unredacted documents and access to the Black Bag -- both of which have now been produced.  To date, these are the only issues with which you and your colleagues have expressed concern.  I have had numerous conversations and correspondence with Jack, Andrew, Chris, and you, and we have never been put on notice that Aseracare lacked anything else.  Conversely, we continue to await production of the TCG material and even at least a further explanation of what exists as we have repeatedly discussed with your colleagues.  Please advise on the progress with regard to this production -- as I have informed Jack and you on many previous occasions, Aseracare's failure to fully produce the CG materials is holding up deposition scheduling.  Let us get together and work out a complete discovery exchange of all outstanding issues from both parties early next week.  Thank you in advance for your cooperation.  Jim

205.933.4006  |  FROHSIN & BARGER  |  frohsinbarger.com


-----Original Message-----
From: Bohl, Charles CHB (5415) [mailto:CBOHL@whdlaw.com]
Sent: Friday, November 11, 2011 4:22 PM
To: Jim Barger; njhcross@crosslawfirm.com
Cc: Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445)
Subject: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]

Jim, Nola,
    see attached


Charles H. Bohl
Board Certified Civil Trial Advocate National Board of Trial Advocacy

Whyte Hirschboeck Dudek S.C.
http://www.whdlaw.com
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Phone  :: (414) 978-5415
Fax    :: (414) 223-5000
Email  :: cbohl@whdlaw.com


----------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

    Sent by:                    <hp9100mil>
    Number of pages:            2
    Document type:              B/W Document
    Attachment File Format:     Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

    http://www.adobe.com

For more information on the HP Digital Sender please visit:

    http://www.digitalsender.hp.com

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-
mail, including any attachments, was not intended or written to be used, and cannot be used,
by any person for the purpose of (i) avoiding any penalties that may be imposed by the
Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any
tax-related matter addressed herein.

The information in this e-mail is confidential and may be protected by the attorney's work
product doctrine or the attorney/client privilege. It is intended solely for the
addressee(s); access to anyone else is unauthorized.  If this message has been sent to you in
error, do not review, disseminate, distribute or copy it. Please reply to the sender that you
have received the message in error, then delete it.  Thank you for your cooperation.

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-
mail, including any attachments, was not intended or written to be used, and cannot be used,
by any person for the purpose of (i) avoiding any penalties that may be imposed by the
Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any
tax-related matter addressed herein.

The information in this e-mail is confidential and may be protected by the attorney's work
product doctrine or the attorney/client privilege. It is intended solely for the
addressee(s); access to anyone else is unauthorized.  If this message has been sent to you in
error, do not review, disseminate, distribute or copy it. Please reply to the sender that you
have received the message in error, then delete it.  Thank you for your cooperation.

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Monday, November 14, 2011 5:13 PM |
| **To:** | 'Bohl, Charles CHB (5415)'; njhcross@crosslawfirm.com |
| **Cc:** | Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A.  AAJ (5445); Elliott Walthall |
| **Subject:** | RE: Paradies et al v. AseraCare Inc. et al  [letter regarding discovery] |

Late Wednesday afternoon works.

205.933.4006   |   FROHSIN & BARGER   |   frohsinbarger.com


-----Original Message-----
From: Bohl, Charles CHB (5415) [mailto:CBOHL@whdlaw.com]
Sent: Monday, November 14, 2011 5:10 PM
To: Jim Barger; njhcross@crosslawfirm.com
Cc: Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445);
Elliott Walthall
Subject: RE: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]

Jim,
    I would be happy to discuss the issues raised in my letter Wednesday afternoon if you are
available. I believe you have been talking to Jack and Chris about the TCG audit issue so I
will defer to them. Let me know when you are available or if that day is bad Friday morning
is also good.


Charles H. Bohl
Board Certified Civil Trial Advocate National Board of Trial Advocacy

Whyte Hirschboeck Dudek S.C.
http://www.whdlaw.com
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Phone  :: (414) 978-5415
Fax    :: (414) 223-5000
Email  :: cbohl@whdlaw.com

-----Original Message-----
From: Jim Barger [mailto:jim@frohsinbarger.com]
Sent: Friday, November 11, 2011 4:47 PM
To: Bohl, Charles CHB (5415); njhcross@crosslawfirm.com
Cc: Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445);
Elliott Walthall
Subject: RE: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]

Charles:  Please let me know when you are available early next week to discuss exactly what
you are looking for so that we can be sure that you have everything to which you are
entitled.  Until your letter of today, we were unaware that you were unsatisfied or lacked
anything other than the unredacted documents and access to the Black Bag -- both of which
have now been produced.  To date, these are the only issues with which you and your
colleagues have expressed concern.  I have had numerous conversations and correspondence with
Jack, Andrew, Chris, and you, and we have never been put on notice that Aseracare lacked

1

anything else.  Conversely, we continue to await production of the TCG material and even at least a further explanation of what exists as we have repeatedly discussed with your colleagues.  Please advise on the progress with regard to this production -- as I have informed Jack and you on many previous occasions, Aseracare's failure to fully produce the CG materials is holding up deposition scheduling.  Let us get together and work out a complete discovery exchange of all outstanding issues from both parties early next week.  Thank you in advance for your cooperation.  Jim

205.933.4006   |   FROHSIN & BARGER   |   frohsinbarger.com


-----Original Message-----
From: Bohl, Charles CHB (5415) [mailto:CBOHL@whdlaw.com]
Sent: Friday, November 11, 2011 4:22 PM
To: Jim Barger; njhcross@crosslawfirm.com
Cc: Ward, Stacy G. (USAWIE); Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445)
Subject: Paradies et al v. AseraCare Inc. et al [letter regarding discovery]


Jim, Nola,
    see attached


Charles H. Bohl
Board Certified Civil Trial Advocate National Board of Trial Advocacy

Whyte Hirschboeck Dudek S.C.
http://www.whdlaw.com
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Phone  :: (414) 978-5415
Fax    :: (414) 223-5000
Email  :: cbohl@whdlaw.com




---------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

      Sent by:                  <hp9100mil>
      Number of pages:          2
      Document type:            B/W Document
      Attachment File Format:   Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

      http://www.adobe.com

For more information on the HP Digital Sender please visit:

      http://www.digitalsender.hp.com

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.


The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized.  If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.  Thank you for your cooperation.


To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.


The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized.  If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.  Thank you for your cooperation.

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Thursday, October 27, 2011 3:02 PM |
| **To:** | 'Puri, Christopher' |
| **Subject:** | RE: Call |

Ok.

205.933.4006 | Frohsin & Barger | frohsinbarger.com

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Thursday, October 27, 2011 2:59 PM
**To:** Jim Barger
**Subject:** Call

Jim – we will give you a call in just a few minutes if that works.

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Thursday, October 27, 2011 11:21 AM |
| **To:** | 'Puri, Christopher' |
| **Subject:** | RE: Follow Up on TCG Materials and Friday Status Conference |

Anytime after 2:00pm.

205.933.4006 | FROHSIN & BARGER | frohsinbarger.com

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Thursday, October 27, 2011 11:10 AM
**To:** Jim Barger
**Cc:** Selden, Jack W.
**Subject:** Follow Up on TCG Materials and Friday Status Conference

Jim,

What is your availability today for a follow up call?

# BRADLEY ARANT
# BOULT CUMMINGS LLP

**Christopher C. Puri**
*Attorney*

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

 Please consider the environment before printing this email.

Thanks, Chris.  I look forward to hearing from you later today.

205.933.4006  |  FROHSIN & BARGER  |  frohsinbarger.com

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Tuesday, October 25, 2011 1:21 PM
**To:** Jim Barger
**Cc:** Selden, Jack W.
**Subject:** Follow Up Conversation

Jim,

I have reached out this morning to discuss our call and your questions with the client contact.  However, the person is travelling and I have not gotten a response yet for a time to have a conversation on that. I am also discussing these matters with Mr. Power to see how his client may be able to expedite as well.

I know that's not definitive information, but I wanted to assure you that the follow up is being worked on. I will respond again when I have some more information, or provide you some update by day's end as to where things stand.

# BRADLEY ARANT
# BOULT CUMMINGS LLP

**Christopher C. Puri**
*Attorney*

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

 Please consider the environment before printing this email.

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Tuesday, October 25, 2011 5:05 PM |
| **To:** | 'Puri, Christopher' |
| **Cc:** | Selden, Jack W.; 'Tuffnell, John B. JBT (5416)'; 'Bohl, Charles CHB (5415)' |
| **Subject:** | RE: Follow Up Conversation |

Let's discuss after you have talked with your client.   I am available anytime after 1:00pm tomorrow.

205.933.4006 | Frohsin & Barger | frohsinbarger.com

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Tuesday, October 25, 2011 5:01 PM
**To:** Jim Barger
**Cc:** Selden, Jack W.; 'Tuffnell, John B. JBT (5416)'; 'Bohl, Charles CHB (5415)'
**Subject:** RE: Follow Up Conversation

Jim,

I have emailed with the client and we have scheduled a morning discussion on this matter.

Additionally, the D. Kansas Court has set a telephone status conference for 10/28 at 10:00 am regarding this matter. With respect to our assertion of privilege regarding the documents noted in our motion to quash, are you willing to memorialize your agreement in that respect?  As we discussed, that may allow us to consider resolving at least part of the Kansas matter at issue.

# Bradley Arant
# Boult Cummings LLP

**Christopher C. Puri**
*Attorney*

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

Please consider the environment before printing this email.

**From:** Jim Barger [mailto:jim@frohsinbarger.com]
**Sent:** Tuesday, October 25, 2011 1:24 PM
**To:** Puri, Christopher
**Cc:** Selden, Jack W.
**Subject:** RE: Follow Up Conversation

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Tuesday, October 25, 2011 1:24 PM |
| **To:** | 'Puri, Christopher' |
| **Cc:** | Selden, Jack W. |
| **Subject:** | RE: Follow Up Conversation |

Thanks, Chris.  I look forward to hearing from you later today.

205.933.4006  |  FROHSIN & BARGER  |  frohsinbarger.com

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Tuesday, October 25, 2011 1:21 PM
**To:** Jim Barger
**Cc:** Selden, Jack W.
**Subject:** Follow Up Conversation

Jim,

I have reached out this morning to discuss our call and your questions with the client contact.  However, the person is travelling and I have not gotten a response yet for a time to have a conversation on that. I am also discussing these matters with Mr. Power to see how his client may be able to expedite as well.

I know that's not definitive information, but I wanted to assure you that the follow up is being worked on. I will respond again when I have some more information, or provide you some update by day's end as to where things stand.


# BRADLEY ARANT
# BOULT CUMMINGS LLP

**Christopher C. Puri**
*Attorney*

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

Please consider the environment before printing this email.

1

**Jim Barger**

---

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Monday, October 24, 2011 4:37 PM |
| **To:** | 'Puri, Christopher' |
| **Subject:** | RE: Phone Call |

Yes.

205.933.4006  |  Frohsin & Barger  |  frohsinbarger.com

---

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Monday, October 24, 2011 3:41 PM
**To:** Jim Barger
**Cc:** Selden, Jack W.
**Subject:** Phone Call

Jim,

Would you be available at about 5 pm for a call with Jack and I to discuss the TCG production and the outstanding Kansas matter?

## Bradley Arant
## Boult Cummings LLP

---

**Christopher C. Puri**
*Attorney*

---

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

---

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

 **Please consider the environment before printing this email.**

1

**Jim Barger**

| | |
|---|---|
| **From:** | Puri, Christopher [cpuri@babc.com] |
| **Sent:** | Friday, October 21, 2011 6:02 PM |
| **To:** | Jim Barger |
| **Cc:** | Selden, Jack W.; 'Bohl, Charles CHB (5415)'; Jones, Andrew A.  AAJ (5445); jtuffnell@whdlaw.com |
| **Subject:** | Letter/Response Re: TCG Projects |
| **Attachments:** | Ltr to Barger re production of documents.pdf; DOCS-#2720772-Barger.pdf |

**Importance:**            High

Jim,

As we discussed this afternoon, attached is a letter summarizing our response and the inventory we discussed.

# BRADLEY ARANT
# BOULT CUMMINGS LLP

**Christopher C. Puri**
*Attorney*

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

Please consider the environment before printing this email.

1



BRADLEY ARANT
BOULT CUMMINGS LLP

Christopher C. Puri
*Attorney*
Direct: (615) 252-4643
Fax: (615) 252-4706
cpuri@babc.com

October 21, 2011

Mr. James Barger, Jr.
Frohsin & Barger
One Highland Plaza
2151 Highland Avenue, Suite 310
Birmingham, AL 35205

> Re:  **United States of America, ex rel., Debora Paradies, London Lewis and Roberta Manley v. AseraCare, Inc., et al**
> **Case No. 08-CV-0384**

Dear Jim:

As we discussed today by phone, please find a listing of work done by the The Corridor Group (TCG) for AseraCare Hospice (Asera) for the period you have requested in your requests for production in the Paradies v. AseraCare case styled above.

As noted in the listing, we have already produced to you all documents from the above engagements which you have requested in the following Plaintiffs/Relators' Document Production Requests, as clarified in the meet and conference between you and Jack Selden on October 20, 2011:

### *Plaintiffs/Relators' Second Document Production Request*

**REQUEST NO. (7):** *From January 1, 2007 through present, any internal or external audits pertaining, in whole or part, to compliance with medicare and medicaid requirements for hospice benefits including but not limited to audits concerning patient eligibility for medicare/medicaid hospice benefits.*

### *Plaintiffs/Relators' Third Document Production Request*

**REQUEST NO. (1):** *Without limiting Plaintiffs previous requests for all internal and external audits, produce any and all documents related to the audit or chart review performed for Defendants by The Corridor Group in 2004-2005 related to the Southeast Hospice acquisition. If you contend any such document is privileged, specifically identify the document and the applicable privilege. If you contend that any such document is attorney work-product, specifically identify the document and the litigation in preparation for which the document was created.*

**REQUEST NO. (2):** *Without limiting Plaintiffs previous requests for all internal and external audits, produce any and all documents related to the audit or*

October 21, 2011
Page 2

_____

*chart review performed for Defendants by The Corridor Group in 2007. If you contend any such document is privileged, specifically identify the document and the applicable privilege. If you contend that any such document is attorney work-product, specifically identify the document and the litigation in preparation for which the document was created.*

We are reviewing the scope of one engagement between TCG and Beverly Enterprises which we understand not to be an audit and not to fit within your requests; rather the project was a consulting engagement with TCG that was not designed to review eligibility. We must review that scope of work and any documentation from it, however, to determine if it is responsive to your request. Please note that the project is not in any way of the nature of the audit work that has already been produced.

As noted, we have identified to you and asserted that the Whyte Hirschboeck Dudek S.C. and Bradley Arant Boult Cummings LLP firms, respectively, each separately engaged TCG to provide assistance to counsel in relation to these matters. We assert that those engagements and any work product or materials from them are protected by the attorney work product and attorney client privilege protections. As you have indicated you do not question counsel's assertion of privilege on those materials, we therefore decline to produce to you.

There are other projects and engagements that TCG has done for AseraCare and other entities under the Golden Living business lines. However, those engagements are either not related to hospice, or they are not related to audits and/or eligibility reviews.

Your subpoena for documents served to TCG in the District of Kansas requests the following:

*Produce any and all documents that comprise, reference, summarize, or refer to the results or findings of any audits, medical reviews, or chart reviews performed by the company for AseraCare, Inc., GGSNC Administrative Services d/b/a Golden Living f/k/a Beverly Enterprises, Inc.; GGNSC Holdings, LLC; Drumm Investors, LLC; Hospice Preferred Choice, Inc; Home Care Preferred Choice, Inc.; Golden Gate Ancillary, LLC; Pearl Senior Care, Fillmore Capital Group, or any related or affiliated entity.*

As I represented to you today, we will contact our client to obtain the noted due diligence materials which you assert fall within the above request to TCG and will quickly review them to determine if they are responsive. In agreeing to do so, AseraCare is not waiving any right to assert any legal privilege on such documents or materials. It also does not represent nor can it waive any rights that TCG may have in resisting Relator's subpoena in D. Kansas. (If responsive, we will produce.)

As a final matter, I reiterate our agreement that Relators will maintain this inventory of work as confidential and not to disclose it to any third parties to this litigation.

October 21, 2011
Page 3
_____

Once you have reviewed, if you have any questions, objections, or assertions that Relators are entitled to additional materials, I suggest we discuss those concerns by phone to attempt to immediately resolve them.

Very truly yours,

Christopher C. Puri
Attorney

CCP/mc
Enclosures
cc:  Ms. Nola J. Hitchcock Cross
     Jack Selden, Esq.
     Charles H. Bohl, Esq.

| Client Name | Project Name | Why Not Produced | Status/Production |
|---|---|---|---|
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | Due Diligence Evaluation of Hospice South | Produced to Relator via letter on 9/28/11 | **PRODUCED** |
| AseraCare | Hospice Medicare Compliance Review (under attorney/client privilege internal legal counsel) | Produced to Relator via letter on 10/03/11 | **PRODUCED** |
| AseraCare | Hospice South Level III Assessments | Produced to Relator via letter on 10/03/12 | **PRODUCED** |
| AseraCare | Clinical Operations Department Review | Produced to Relator via letter on 10/03/13 | **PRODUCED** |
| Beverly Enterprises | Medicare POC Implementation at AseraCare Hospice in Birmingham | Hospice Related - Not Audit (Project was a consulting engagement) | Will obtain and review |
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | Focused due diligence of Trinity Hospice LLC | Hospice Related - Not Audit (Project not relevant because hospice not acquired) | Will obtain and review |
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | Focused Due Dilegence of Hospice Acquisition | Hospice Related - Not Audit (Project not relevant because hospice not acquired) | Will obtain and review |
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | Valuation of a potential hospice acquisition (Trinity Hospice LLC) | Hospice Related - Not Audit (Project was a consulting engagement) | Will obtain and review |
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | Hospice GIP/RC Program Training Manual | Hospice Related - Not Audit (Project was a consulting engagement) | Will obtain and review |
| AseraCare | CHAP Survey Preparation | Hospice Related - Not Audit (Project was a consulting engagement) | NOT RESPONSIVE |
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | CHOW for Hospice South | Hospice Related - Not Audit (Project was support for transaction CHOW process) | NOT RESPONSIVE |
| AseraCare | Joint Commission Survey Preparation | Hospice Related - Not Audit (Project was a consulting engagement) | NOT RESPONSIVE |

CONFIDENTIAL - NOT FOR DISCLOSURE

| Client Name | Project Name | Why Not Produced | Status/Production |
|---|---|---|---|
| AseraCare | McKenzie TN, Eligibility Review under BABC - attorneyclient privilege | Priviledged Under the Attorney Client and Attorney Work Product Privledges | PRIVLEDGED |
| AseraCare | Milwaukee Eligibility Review under WHD - attorneyclient privilege | Priviledged Under the Attorney Client and Attorney Work Product Privledges | PRIVLEDGED |
| AseraCare | TM for Licensure | Hospice Related - Not Audit (Project was a staffing engagement) | NOT RESPONSIVE |
| AseraCare | TM for Hospice at Orange, CA | Hospice Related - Not Audit (Project was a staffing engagement) | NOT RESPONSIVE |
| AseraCare | TM CI Sup for Stockton, CA | Hospice Related - Not Audit (Project was a staffing engagement) | NOT RESPONSIVE |
| AseraCare | TM for Dir CI Svcs | Hospice Related - Not Audit (Project was a staffing engagement) | NOT RESPONSIVE |
| Beverly Enterprises | Due Diligence of Housecall | Not Hospice Related; home health | NOT RESPONSIVE/RELEVANT |
| Beverly Enterprises | Due Diligence of CHC | Not Hospice Related; home health | NOT RESPONSIVE/RELEVANT |
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | Buyer Identification for CareFocus | Not Hospice Related; home health | NOT RESPONSIVE/RELEVANT |
| Beverly Home Care (HomeCare Preferred Choice, Inc. d/b/a Beverly | Presentation on Home Care Strategic Development and Positioning | Not Hospice Related; home health | NOT RESPONSIVE/RELEVANT |
| AseraCare | Due Diligence of Home Health Corporation of America (Florida providers only | Not Hospice Related; home health | NOT RESPONSIVE/RELEVANT |
| AseraCare | Due Diligence of AmeriCare at Home | Not Hospice Related; home health | NOT RESPONSIVE/RELEVANT |

CONFIDENTIAL - NOT FOR DISCLOSURE

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Friday, October 21, 2011 11:47 AM |
| **To:** | Puri, Christopher |
| **Subject:** | Re: Paradies |

I will be in my office most of afternoon. If you don't catch me there, feel free to call me on my cell phone: 205-643-8200.

Sent from my iPhone.

On Oct 21, 2011, at 11:37 AM, "Puri, Christopher" <cpuri@babc.com> wrote:

> Jim,
> Where can I reach you this afternoon?

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Thursday, October 20, 2011 11:40 AM |
| **To:** | Jim Barger; 'Puri, Christopher'; 'Selden, Jack W.' |
| **Cc:** | Elliott Walthall; Henry Frohsin; 'Tuffnell, John B. JBT (5416)'; 'Bohl, Charles CHB (5415)' |
| **Subject:** | RE: TCG Reports |

Chris, Jack, Charles, John:  Please let me hear from one of you on this issue.  Jim

205.933.4006  |  Frohsin & Barger  |  frohsinbarger.com

**From:** Jim Barger
**Sent:** Monday, October 17, 2011 5:49 PM
**To:** 'Puri, Christopher'; Selden, Jack W.
**Cc:** Elliott Walthall; Henry Frohsin; Tuffnell, John B. JBT (5416); 'Bohl, Charles CHB (5415)'
**Subject:** RE: TCG Reports

Gentlemen: It has now been almost two weeks since we were promised the inventory of TCG audits from your clients. We grow more impatient by the day.  There is absolutely no reason why it should take so long simply to get a list of the relevant audits from Aseracare.  This information should have been provided many months ago as part of the original privilege log.  When we discussed the issue on Oct. 6, Chris estimated that it would take a day and a half to get this list. Twelve days later, we are still waiting.  Please give this issue your utmost attention.  We look forward to hearing from you.  Jim

205.933.4006  |  Frohsin & Barger  |  frohsinbarger.com

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Tuesday, October 11, 2011 9:55 AM
**To:** Jim Barger; Selden, Jack W.
**Cc:** Elliott Walthall; Henry Frohsin; Tuffnell, John B. JBT (5416); 'Bohl, Charles CHB (5415)'
**Subject:** RE: TCG Reports

Jim,
When we spoke, I said I would confirm with you how quickly that inventory could be provided.

We have had a conversation with counsel for The Corridor Group (Mr. John Power) about obtaining this list, but we were only able to speak with him about that yesterday.  He is obtaining this list so that we may ensure the inventory of the audits is complete, as you have asked.

We expect to receive that inventory quickly and will  review it immediately upon receipt.  However, since you have asked us to verify the accuracy and completeness of that inventory, it by its nature requires us to confirm this with TCG. Thank you for your consideration.

I will again touch base with Mr. Power today on the status.

## Bradley Arant
## Boult Cummings LLP

**Christopher C. Puri**
*Attorney*

1

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

 Please consider the environment before printing this email.

**From:** Jim Barger [mailto:jim@frohsinbarger.com]
**Sent:** Tuesday, October 11, 2011 9:27 AM
**To:** Puri, Christopher; Selden, Jack W.
**Cc:** Elliott Walthall; Henry Frohsin
**Subject:** TCG Reports

Gentlemen: It was my understanding that Chris was going to get me an inventory of hospice audits performed by TCG for Aseracare and its predecessors and parents by end of day Friday. Time is of the essence. Please email the list of audits as soon as possible this morning, so that we can proceed to address the issue of production as discussed. Thanks. Jim

James F. Barger, Jr. | FROHSIN & BARGER | frohsinbarger.com
One Highland Place, Suite 310, 2151 Highland Avenue, Birmingham, AL 35205
Telephone: 205.933.4006    Fax: 205.933.4008

NOTICE: Initial contact with this attorney by email does not create an attorney-client relationship. This email may contain information that is privileged or otherwise confidential. It is intended solely for the holder of the email address to which it has been directed. It should not be disseminated, distributed, copied or forwarded to any other persons. It is not intended for transmission to, or receipt by, any other person. If you have received this email in error, please notify us of the error by reply email or by calling 205.933.4006, and please delete this email without copying or forwarding it.

## Jim Barger

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Thursday, October 20, 2011 11:36 AM |
| **To:** | 'Bohl, Charles CHB (5415)' |
| **Cc:** | Selden, Jack W.; Puri, Christopher; stacy.g.ward@usdoj.gov; Jones, Andrew A.  AAJ (5445); njhcross@crosslawfirm.com |
| **Subject:** | RE: Paradise et al vs. Aseracare [Discovery Issues] |

Charles:  Thank you for the update.  We look forward to receiving the ProHealth documents.  Please call Nola on Tuesday to discuss the "black bag."  I certainly agree that no more written communication on that issue is necessary.  On a different issue, my numerous repeated requests regarding the inventory and production of TCG reports was again ignored in your email.  Two weeks ago, we were promised a complete list of all TCG hospice audits and were told it should take no more than a day and a half to confirm and provide the list.  We were assured it would not take weeks.  If you have changed your mind and decided not to cooperate on this issue, please advise and we will take the necessary steps in response.  Jim

205.933.4006 | Frohsin & Barger | frohsinbarger.com

**From:** Bohl, Charles CHB (5415) [mailto:CBOHL@whdlaw.com]
**Sent:** Wednesday, October 19, 2011 5:26 PM
**To:** Jim Barger
**Cc:** Selden, Jack W.; Puri, Christopher; stacy.g.ward@usdoj.gov; Jones, Andrew A. AAJ (5445); njhcross@crosslawfirm.com
**Subject:** Paradise et al vs. Aseracare [Discovery Issues]

Jim,
     I just got a call from a lawyer for ProHealth regarding the employment records.  I agreed to cancel the deposition tomorrow on the condition that she mail copies of the records to both you and I which she said she would do.  She also agreed that if we still want live testimony that she will cooperate with us in producing current employees  She added that some of the employees with knowledge of our issues may no longer be with the company.
     On this issue, I am about to issue additional subpoenas for the remaining employment records for all three plaintiffs.  I would much prefer to simply follow the standard practice of using release forms - but you have to give me releases.  If you provide the releases in a form acceptable to us and the employers it will save everyone time and expense.
     On a different issue, we really need access to the "black bag" of alleged narcotics which Ms. Paradise testified she gave to her lawyers.  Your letter and emails seems to suggest that perhaps you can't find it.  If this is the case please just tell us and let us know who was in the chain of custody so we can pursue the issue without further acrimonious exchanges.  We are not suggesting misconduct on anyone's part (which we are confident did not occur) we just want to see the bag if it exists.

**Charles H. Bohl**
Board Certified Civil Trial Advocate National Board of Trial Advocacy
**Whyte Hirschboeck Dudek S.C.**
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
☎ : (414) 978-5415
🖷 : (414) 223-5000
✉ : cbohl@whdlaw.com
**NEWS** :WHD named to National Law Journal's Midsize Hot List for its successes and innovation.
🖶 Please consider the environment before printing this message.

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was

not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Thank you for your cooperation.

**Jim Barger**

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Tuesday, October 18, 2011 3:21 PM |
| **To:** | 'Bohl, Charles CHB (5415)'; njhcross@crosslawfirm.com; stacy.g.ward@usdoj.gov; Henry Frohsin; Elliott Walthall |
| **Cc:** | Selden, Jack W.; Puri, Christopher; Jones, Andrew A.  AAJ (5445) |
| **Subject:** | RE: Aseracare discovery Issues |
| **Attachments:** | 10-13-11 JFB to A  Jones (2).pdf |

Charles: Attached please find for your convenience correspondence that I wrote to your colleague, Andrew Jones, Thursday (with copy to you and to your other co-counsel) regarding the first two issues raised in your correspondence of today. From your email on Saturday, it appeared that somehow you must not have had an opportunity to read my letter.  Your correspondence today confirms this.  As to the third issue raised in your letter of today, please do give us a call-in number for the deposition Thursday if any testimony is to be taken.  If you learn before Thursday that no testimony will be taken, please let us know. Also, please extend us the courtesy of providing copies of any documents produced in response to your subpoena.  If the documents prove to be too voluminous for your firm to extend such a courtesy, please let us know and we will send a document service over to copy them.  Finally, my repeated requests for a complete list of the TCG audits have continued to be ignored by Aseracare.  I sent an email to your entire litigation team at both law firms yesterday, which has also been ignored.  My previous understanding with your co-counsel, Mr. Puri, was that a list of the audits would be forthcoming and should have been provided some time ago.  Please advise when we can expect to receive the remaining TCG audits.  Thank you in advance for your cooperation.  Jim

205.933.4006   |   FROHSIN & BARGER   |   frohsinbarger.com


-----Original Message-----
From: Bohl, Charles CHB (5415) [mailto:CBOHL@whdlaw.com]
Sent: Tuesday, October 18, 2011 1:56 PM
To: Jim Barger; njhcross@crosslawfirm.com; stacy.g.ward@usdoj.gov; Henry Frohsin; Elliott Walthall
Cc: Selden, Jack W.; Puri, Christopher; Jones, Andrew A. AAJ (5445)
Subject: Aseracare discovery Issues

Nola, Jim,
    Letter attached.


Charles H. Bohl
Board Certified Civil Trial Advocate National Board of Trial Advocacy

Whyte Hirschboeck Dudek S.C.
http://www.whdlaw.com
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Phone  :: (414) 978-5415
Fax    :: (414) 223-5000
Email  :: cbohl@whdlaw.com

---------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

    Sent by:                    <hp9100mil>
    Number of pages:            2
    Document type:              B/W Document
    Attachment File Format:     Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:

    http://www.adobe.com

For more information on the HP Digital Sender please visit:

    http://www.digitalsender.hp.com

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-
mail, including any attachments, was not intended or written to be used, and cannot be used,
by any person for the purpose of (i) avoiding any penalties that may be imposed by the
Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any
tax-related matter addressed herein.

The information in this e-mail is confidential and may be protected by the attorney's work
product doctrine or the attorney/client privilege. It is intended solely for the
addressee(s); access to anyone else is unauthorized.  If this message has been sent to you in
error, do not review, disseminate, distribute or copy it. Please reply to the sender that you
have received the message in error, then delete it.  Thank you for your cooperation.

## Jim Barger

| | |
|---|---|
| **From:** | Jim Barger |
| **Sent:** | Monday, October 17, 2011 5:49 PM |
| **To:** | 'Puri, Christopher'; Selden, Jack W. |
| **Cc:** | Elliott Walthall; Henry Frohsin; Tuffnell, John B. JBT (5416); 'Bohl, Charles CHB (5415)' |
| **Subject:** | RE: TCG Reports |

Gentlemen: It has now been almost two weeks since we were promised the inventory of TCG audits from your clients. We grow more impatient by the day. There is absolutely no reason why it should take so long simply to get a list of the relevant audits from Aseracare. This information should have been provided many months ago as part of the original privilege log. When we discussed the issue on Oct. 6, Chris estimated that it would take a day and a half to get this list. Twleve days later, we are still waiting. Please give this issue your utmost attention. We look forward to hearing from you. Jim

205.933.4006 | FROHSIN & BARGER | frohsinbarger.com

**From:** Puri, Christopher [mailto:cpuri@babc.com]
**Sent:** Tuesday, October 11, 2011 9:55 AM
**To:** Jim Barger; Selden, Jack W.
**Cc:** Elliott Walthall; Henry Frohsin; Tuffnell, John B. JBT (5416); 'Bohl, Charles CHB (5415)'
**Subject:** RE: TCG Reports

Jim,
When we spoke, I said I would confirm with you how quickly that inventory could be provided.

We have had a conversation with counsel for The Corridor Group (Mr. John Power) about obtaining this list, but we were only able to speak with him about that yesterday. He is obtaining this list so that we may ensure the inventory of the audits is complete, as you have asked.

We expect to receive that inventory quickly and will review it immediately upon receipt. However, since you have asked us to verify the accuracy and completeness of that inventory, it by its nature requires us to confirm this with TCG. Thank you for your consideration.

I will again touch base with Mr. Power today on the status.

## BRADLEY ARANT
## BOULT CUMMINGS LLP

**Christopher C. Puri**
*Attorney*

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

 Please consider the environment before printing this email.

**From:** Jim Barger [mailto:jim@frohsinbarger.com]
**Sent:** Tuesday, October 11, 2011 9:27 AM
**To:** Puri, Christopher; Selden, Jack W.
**Cc:** Elliott Walthall; Henry Frohsin
**Subject:** TCG Reports

Gentlemen: It was my understanding that Chris was going to get me an inventory of hospice audits performed by TCG for Aseracare and its predecessors and parents by end of day Friday.  Time is of the essence.  Please email the list of audits as soon as possible this morning, so that we can proceed to address the issue of production as discussed.  Thanks. Jim

James F. Barger, Jr.  |  FROHSIN & BARGER  | frohsinbarger.com
One Highland Place, Suite 310, 2151 Highland Avenue, Birmingham, AL 35205
Telephone: 205.933.4006   Fax: 205.933.4008

NOTICE: Initial contact with this attorney by email does not create an attorney-client relationship. This email may contain information that is privileged or otherwise confidential. It is intended solely for the holder of the email address to which it has been directed. It should not be disseminated, distributed, copied or forwarded to any other persons. It is not intended for transmission to, or receipt by, any other person. If you have received this email in error, please notify us of the error by reply email or by calling 205.933.4006, and please delete this email without copying or forwarding it.

**Jim Barger**

**From:**       Puri, Christopher [cpuri@babc.com]
**Sent:**       Monday, October 03, 2011 3:02 PM
**To:**         Jim Barger
**Subject:**    RE: Paradies


I think so. I will confirm a time with Jack.  What are your open windows?

-----Original Message-----
From: Jim Barger [mailto:jim@frohsinbarger.com]
Sent: Monday, October 03, 2011 3:04 PM
To: Puri, Christopher
Subject: Re: Paradies

It doesn't look like I will be able to break free today. How about tomorrow? I will be in Atlanta tomorrow, but could talk from the road.

Sent from my iPad

On Oct 3, 2011, at 1:17 PM, "Puri, Christopher" <cpuri@babc.com> wrote:

> Would sometime between 2:30 and 3:30 work?
>
> -----Original Message-----
> From: Jim Barger [mailto:jim@frohsinbarger.com]
> Sent: Monday, October 03, 2011 8:05 AM
> To: Puri, Christopher
> Subject: Re: Paradies
>
> Sounds good. Today is a hectic day for me, but I should be able to free up this afternoon. Jim
>
> Sent from my iPad
>
> On Oct 3, 2011, at 6:56 AM, "Puri, Christopher" <cpuri@babc.com> wrote:
>
>> Jim,
>> Jack may have already reached you, but we would like to speak with you today about the TCG audit issue. We are sending you the audits, but wanted to discuss any other components of this, including the Kansas action.
>>
>> Let me know when you are available and we can coordinate a time. Jack is in depositions but we should be able to all connect.

**Jim Barger**

| | |
|---|---|
| **From:** | Puri, Christopher [cpuri@babc.com] |
| **Sent:** | Friday, September 16, 2011 4:06 PM |
| **To:** | Jim Barger |
| **Cc:** | 'John B. Tuffnell' |
| **Subject:** | Paradies v. AseraCare - Kansas Subpeona |
| | |
| **Importance:** | High |

Jim,

We've not met, but I am working along with Jack Selden and the WHD law firm in Milwaukee on the Paradies case you have against AseraCare.

In relation to the subpoena for records you filed in D. Kansas for the Corridor Group to turn over records, we understand that The Corridor Group's counsel is filing objections on their behalf today as well.

AseraCare also has objections to that request on various grounds.  Before seeking to file a motion to quash, I and co-counsel John Tuffnell at WHD would like to have a meet and confer with you regarding that subpoena and see if there is a way to either narrow the scope of your request and/or agree on how to proceed.

As it is late in the day and you are out, I would like to at least get your agreement to discuss this matter with the understanding that we would not be untimely in filing that motion.  With the depositions next week in Milwaukee, this issue could be discussed with only a slight delay.

I can be reached at (615) 210-2701 (cell) for the balance of the afternoon.


# BRADLEY ARANT
# BOULT CUMMINGS LLP

---

**Christopher C. Puri**
*Attorney*

---

| | |
|---|---|
| **Phone** | 615.252.4643 |
| **Fax** | 615.252.4706 |
| **Email** | cpuri@babc.com |
| **Website** | www.babc.com |

---

**Roundabout Plaza**
1600 Division Street, Suite 700
Nashville, TN 37203

Please consider the environment before printing this email.

1