## APPENDIX A

1. *The Medicare Hospice Benefit*, NHPCO Website

2. CMS's Program Memorandum Intermediaries/Carriers, Provider Education Article, CMS-Pub. 60AB March 28, 2003

3. The Physician Executive J. (Mar.-Apr. 2002)

4. Terry Melvin, M.D. Deposition Excerpts (Nov. 20, 2012)

5. Medicare Program Integrity Manual, Ch. 13

6. *LCDs Create Inconsistency in Medicare Coverage*, OEI-01-11-00500 (Office of Inspector General, Dept. of Health & Human Serv., Jan. 2014)

7. Solomon Liao, M.D. Deposition Excerpts (March 19-20, 2013; Feb. 4, 2014)

    DX 86 – Solomon Liao Expert Report Feb 12, 2013 (To Be Filed Under Seal)

    DX 98 – Palmetto Hospice Local Coverage Determinations Listing

    DX 99-112 – Palmetto Hospice LCDs

    DX 119 – Medical Record Review Notes (To Be Filed Under Seal)

    DX 123 – Webster's Dictionary Excerpt

    DX 126 – Appendix C. Medical Guidelines For Determining Prognosis in Selected Non-Cancer Diseases and Hospice Enrollment Criteria For End-Stage Dementia Patients

    DX 143 – National Government Services LCD L25678

    DX 144 – NHIC, Corp LCD L29881

8. Mary Jane Schultz Deposition Excerpts (May 8, 2013)

    DX 157 – Hospice Coalition Questions and Answers Sept. 9, 2009

9. Notice of 30(b)(6) Deposition of United States of America (CMS/Contractor)

10. Palmetto GBA Training Manual (2007)

5

1/2618396.2

11. Plaintiff United States of America's Second Supplemental Response to Interrogatory Nos. 1-2, 8-11, and 18 of Defendants' First Set of Interrogatories

12. Klaus J. Miescke, Ph.D. Report (Mar. 19, 2013)

13. Dr. Chester I. Palmer Supplemental Expert Statistical Report (Nov. 4, 2013) (To Be Filed Under Seal)

14. Plaintiff United States of America's First Supplemental Responses to Defendants' Interrogatory Nos. 3, 12, and 19

15. The United States' Responses and Objections to Defendants' January 2014 Discovery Requests

1/2618396.2