# APPENDIX A

# LIST OF EXHIBITS

| | |
|---|---|
| Exhibit 1: | Saul Blecker, *et al.*, *Hospice Care and Resource Utilization in Medicare Beneficiaries with Heart Failure*, 49 Med. Care 985-991 (Nov. 2011). |
| Exhibit 2: | Donald H. Taylor, Jr., *et al.*, *What Length of Hospice Use Maximizes Reduction in Medical Expenditures Near Death in the US Medicare Program*, 65 Soc. Sci. & Med. 1466, 1476 (2007). |
| Exhibit 3: | United States' Second Supplemental Response to AseraCare's Interrogatory Nos. 1-2, 8-11, & 18 of Defendants' First Set of Interrogatories (February 28, 2014) |
| Exhibit 4: | AseraCare's Response to the United States' Request for Admission (April 1, 2014) |
| Exhibit 5: | Transcript of Deposition of Harry Feliciano, M.D. (July 24, 2013) |
| Exhibit 6: | Transcript of Deposition of Angie Hollis 30(b)(6) (July 11, 2013) |
| Exhibit 7: | Transcript of Deposition of Barbara Ferguson (January 13, 2014) (Filed in redacted form) |
| Exhibit 8: | Transcript of Deposition of Mary Walker (Feb 4, 2014) |
| Exhibit 9: | Transcript of Deposition of Mary Schultz 30(b)(6) (May 8, 2013) |
| Exhibit 10: | Declaration of Solomon Liao, M.D. (Filed in redacted form) |
| Exhibit 11: | Transcript of Deposition of Kathleen Pretchel (September 20, 2013) (Filed in redacted form) |
| Exhibit 12: | Transcript of Deposition of Angie Hollis (July 10, 2013) |
| Exhibit 13: | Declaration of Jacquelyn Fehd (February 20, 2014) |

Exhibit 14:     Transcript of Deposition of Solomon Liao, M.D. (March 19, 2013) (Filed under seal)

Exhibit 15:     Transcript of Deposition of Terry Melvin, M.D. (November 20-21, 2013) (Filed under seal)

Exhibit 16:     Transcript of Deposition of Gail Cooney, M.D. (March 28, 2014) (Filed under seal)

Exhibit 17:     Transcript of Deposition of Lori Strater (February 25, 2014)

Exhibit 18:     Response to Defendants' December 6, 2013 Interrogatory No. 6

Exhibit 19:     Klaus Miescke, Ph.D. October 8, 2013 Report

Exhibit 20:     Transcript of Deposition of Klaus Miescke, Ph.D. (May 28, 2013) (Filed in redacted form)

Exhibit 21:     Transcript of Deposition of Rebecca Yamarik, M.D. (September 24, 2013) (Filed under seal)

Exhibit 22:     Transcript of Deposition of Shiho Ito, M.D. (September 25, 2013) (Filed under seal)

Exhibit 23:     Transcript of Deposition of Solomon Liao, M.D. (February 4, 2014) (Filed under seal)

Exhibit 24:     *United States ex rel. Wall v. Vista Hospice Care, Inc., et al.*, Case No. 3:07-cv-604 (N.D. Tex. July 23, 2012)

Exhibit 25:     Transcript of Deposition of Susan Gerhart (February 7, 2014)

Exhibit 26:     Declaration of Lori Strater (Filed under seal)

Exhibit 27:     Transcript of Deposition of Kenny Barrett (February 25, 2014)

Exhibit 28:     Transcript of Deposition of Cindy Susienka (June 28, 2013) (Filed in redacted form)

| | |
|---|---|
| Exhibit 29: | Transcript of Deposition of Patricia Pruitt (May 3, 2013) (Filed in redacted form) |
| Exhibit 30: | Transcript of Deposition of Amy Barker (February 20, 2013) (Filed in redacted form) |
| Exhibit 31: | Transcript of Deposition of Joanne Klinko (March 25, 2013) (Filed in redacted form) |
| Exhibit 32: | Transcript of Deposition of Karl Sash, M.D. (February 19, 2014) (Filed in redacted form) |
| Exhibit 33: | Government Exhibit 900 used in Deposition of Karl Sash, MD (February 19, 2014) (Filed under seal) |
| Exhibit 34: | Government Exhibit 79 used in Deposition of Joanne Klinko (March 25, 2013) |
| Exhibit 35: | Transcript of Deposition of Wade Stuber (November 4, 2013) (Filed in redacted form) |
| Exhibit 36: | Transcript of Deposition of Jeffrey Boling (April 10, 2013) (Filed in redacted form) |
| Exhibit 37: | Declaration of Rebecca Fryman (June 16, 2014) |
| Exhibit 38: | Transcript of Deposition of Joseph Pollina (December 16, 2013) (Filed in redacted form) |
| Exhibit 39: | Transcript of Deposition of Christopher Roussos (April 9, 2013) (Filed in redacted form) |
| Exhibit 40: | Government Exhibit 17 used in Deposition of Amy Barker (February 20, 2013) |
| Exhibit 41: | Transcript of Deposition of Peggy Durkin (March 5, 2013) (Filed in redacted form) |
| Exhibit 42: | Transcript of Deposition of Dianne Wojciechowski (August 15, 2013) (Filed in redacted form) |

Exhibit 43:   Government Exhibit 524 used in Deposition of Dianne Wojciechowski (August 15, 2013)

Exhibit 44:   Transcript of Deposition of Diane Halderman (January 17, 2014)

Exhibit 45:   Government Exhibit 19 used in Deposition of Amy Barker (February 20, 2013)

Exhibit 46:   Declaration of Tamara L. Spiegel (December 18, 2013)

Exhibit 47:   Declaration of Deborah Lasater (January 31, 2014)

Exhibit 48:   Transcript of Deposition of Roberta Manley (September 6, 2011)

Exhibit 49:   Declaration of Kara Kaiser (February 19, 2014)

Exhibit 50:   Transcript of Deposition of Debbie Waters (April 2, 2013)

Exhibit 51:   Government Exhibit 789 used in Deposition of Transcript of Barbara Ferguson (January 13, 2014)

Exhibit 52:   Government Exhibit 790 used in Deposition of Transcript of Barbara Ferguson (January 13, 2014)

Exhibit 53:   Government Exhibit 541 used in Deposition of Kathleen Pretchel (September 20, 2013)

Exhibit 54:   Government Exhibit 391 used in Deposition of Becky Smith (September 20, 2013)

Exhibit 55:   Government Exhibit 20 used in Deposition of Amy Barker (February 20, 2013)

Exhibit 56:   Government Exhibit 196 used in Deposition of Jeffrey Boling (April 10, 2013)

Exhibit 57:   Government Exhibit 170 used in Deposition of Christopher Roussos (April 9, 2013)

Exhibit 58:   Government Exhibit 590 used in Deposition of Wade Stuber (November 4, 2013)

Exhibit 59:   Government Exhibit 591 used in Deposition of Wade Stuber (November 4, 2013)

Exhibit 60:   Government Exhibit 592 used in Deposition of Wade Stuber (November 4, 2013)

Exhibit 61:   Government Exhibit 593 used in Deposition of Wade Stuber (November 4, 2013)

Exhibit 62:   Transcript of Deposition of Robert Donovan (June 24, 2013)

Exhibit 63:   Government Exhibit 194 used in Deposition of Jeffrey Boling, (April 10, 2013)

Exhibit 64:   Transcript of Deposition of Scott Finger, Ph.D. (February 20, 2014)

Exhibit 65:   Government Exhibit 71 used in Deposition of Mickey Gorrell (March 13, 2013)

Exhibit 66:   Transcript of Deposition of Matthew Rucker (March 28, 2013)

Exhibit 67:   Government Exhibit 122 used in Deposition of Matthew Rucker (March 28, 2013)

Exhibit 68:   Government Exhibit 352 used in Deposition of Cindy Susienka (June 28, 2013)

Exhibit 69:   Transcript of Deposition of Jason Harms (November 6, 2013)

Exhibit 70:   Government Exhibit 353 used in Deposition of Cindy Susienka (June 28, 2013)

Exhibit 71:   Government Exhibit 246 used in Deposition of Patricia Pruitt (May 3, 2013)

| | |
|---|---|
| Exhibit 72: | Government Exhibit 575 used in Deposition of Wade Stuber (November 4, 2013) |
| Exhibit 73: | Government Exhibit 576 used in Deposition of Wade Stuber (November 4, 2013) |
| Exhibit 74: | Declaration of Janice Hahn (June 19, 2014) |
| Exhibit 75: | Government Exhibit 188 used in Deposition of Jeffrey Boling (April 10, 2013) |
| Exhibit 76: | Declaration of Mark Jones, M.D. (February 7, 2014) |
| Exhibit 77: | Transcript of Deposition of Jeanine Kiehl (April 23, 2014) |
| Exhibit 78: | Transcript of Deposition of Marsha Brown (January 24, 2014) |
| Exhibit 79: | Government Exhibit 542 used in Deposition of Kathleen Pretchel (September 20, 2013) |
| Exhibit 80: | Government Exhibit 84 used in Deposition of Joanne Klinko (March 25, 2013) |
| Exhibit 81: | Transcript of Deposition of Susan Gerhart 30(b)(6) (February 7, 2014) |
| Exhibit 82: | Government Exhibit 858 used in Deposition of Susan Gerhart (February 7, 2014) (Filed under seal) |
| Exhibit 83: | Government Exhibit 859 used in Deposition of Susan Gerhart (February 7, 2014) (Filed under seal) |
| Exhibit 84: | Government Exhibit 861 used in Deposition of Susan Gerhart (February 7, 2014) (Filed under seal) |
| Exhibit 85: | Government Exhibit 863 used in Deposition of Susan Gerhart (February 7, 2014) |
| Exhibit 86: | Government Exhibit 366 used in Deposition of Angie Hollis (July 10, 2013) |

Exhibit 87: Government Exhibit 367 used in Deposition of Angie Hollis (July 10, 2013)

Exhibit 88: Government Exhibit 85 used in Deposition of Joanne Klinko (March 25, 2013)

Exhibit 89: Government Exhibit 86 used in Deposition of Joanne Klinko (March 25, 2013)

Exhibit 90: Government Exhibit 341 used in Deposition of Robert Donovan (June 24, 2013)

Exhibit 91: Corridor Report, Dkt No. 96-2

Exhibit 92: Corridor Report, Dkt No. 96-3

Exhibit 93: Government Exhibit 782 used in Deposition of Barbara Ferguson (January 13, 2014)

Exhibit 94: Government Exhibit 842 used in Deposition of Mary Walker (February 4, 2014)

Exhibit 95: Government Exhibit 554 used in Deposition of Kathleen Prechtel (September 20, 2013)

Exhibit 96: Government Exhibit 557 used in Deposition of Kathleen Prechtel (September 20, 2013)

Exhibit 97: Government Exhibit 794 used in Deposition of Barbara Ferguson (January 13, 2014)

Exhibit 98: Government Exhibit 798 used in Deposition of Barbara Ferguson (January 13, 2014)

Exhibit 99: Government Exhibit 872 used in Deposition of Susan Gerhart (February 7, 2014)

Exhibit 100: Government Exhibit 161 used in Deposition of Mary Schultz 30(b)(6) (May 8, 2013)

Exhibit 101:   Government Exhibit 876 used in Deposition of Susan Gerhart 30(b)(6) (February 7, 2014)

Exhibit 102:   Government Exhibit 877 used in Deposition of Susan Gerhart 30(b)(6) (February 7, 2014)

Exhibit 103:   AseraCare's Answer to United States Consolidated Complaint in Intervention, Dkt No. 161, (November 19, 2012)

Exhibit 104:   Government Exhibit 1056 used in Deposition of Scott Finger (February 20, 2014)

Exhibit 105:   Re-Notice of 30(b)(6) Deposition of United States of America (CMS/Contractors) (April 5, 2012)

Exhibit 106:   Transcript of Deposition of Gail Cooney, M.D. (December 16-17, 2013) (Filed under seal)

Exhibit 107:   Transcript of Deposition of John Finn, M.D. (December 18-19, 2013) (Filed under seal)

Exhibit 108:   *United States ex rel. Christianson v. Everglades College, Inc.*, Case No. 12-60185-CV-DIMITROULEAS/SNOW (S.D. Fla. May 6, 2014)