IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel; ]<br>DEBORA PARADIES, et al., ]<br>]<br>Plaintiffs, ]<br>]<br>v. ]<br>]<br>ASERACARE, INC., et al,, ]<br>]<br>Defendants. ]<br>] | CIVIL ACTION NO.:<br>2:12-CV-245 KOB |

**ORDER SETTING FINAL PRETRIAL CONFERENCE**

The above-referenced action is scheduled for **Jury Trial** on **Monday, August 3, 2015 at 9:00 AM, Courtroom 8, Hugo L Black US Courthouse, Birmingham, Alabama**. This action is scheduled for a **Final Pretrial Conference** on **Wednesday, July 22, 2015 at 10:00 AM**, eighth floor chambers of the undersigned, Hugo L. Black U. S. Courthouse in Birmingham, Alabama. By notifying chambers <u>not less that two working days</u> prior to the scheduled conference, attorneys located outside the division or district may request to participate by telephone as long as one attorney per side is present for the pretrial.

At this conference, the court will take up objections to the exhibit lists previously exchanged by the parties, motions in limine, and any other matters that can be resolved to prevent unnecessary delays during the trial. Additionally, the court reminds the parties pursuant to Exhibit A to the Pretrial Order (doc. 293), that any special questions or topics for voir dire examination of the jury venire are due by Monday, July 27, 2015. Further, pursuant to Exhibit A to the Pretrial Order, the parties must submit in WordPerfect to Bowdre_Chambers@alnd.uscourts.gov, a single joint proposed jury charge, including all necessary instructions, or definitions applicable to the specific

issues of the case, by Monday, July 27, 2015.

    **DONE** this 26th day of June, 2015.

                                                               _____
                                                                KARON OWEN BOWDRE
                                                                CHIEF UNITED STATES DISTRICT JUDGE