UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. DEBORA PARADIES, )<br>LONDON LEWIS and ROBERTA )<br>MANLEY and UNITED STATES )<br>OF AMERICA, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>GGNSC ADMINISTRATIVE )<br>SERVICES, LLC, et al., )<br>)<br>**Defendants.** ) | Civil Action No:<br><br>2:12-cv-00245-KOB |

## THE UNITED STATES' NINTH SUPPLEMENTAL DISCLOSURES

The United States makes the following ninth supplemental disclosures pursuant to Rule 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure.

A.   **Names of additional individuals likely to have discoverable information:**

The United States discloses the following additional individuals likely to have discoverable information supporting the United States' claims:

1. Sherry Adams
   1642 Beechwood Avenue
   Apt. 1A
   Louisville, KY 40204
   (502) 314-0576

Subject: Operations, clinical, and marketing practices of AseraCare's Evansville, Indiana agency; instructions from AseraCare management about the same; AseraCare's census and marketing goals and expectations.

2. Heidi O'Connor
   The Corridor Group
   c/o John Power
   Husch Blackwell LLP
   4801 Main Street
   Suite 1000
   Kansas City, MO 64112
   (816) 283-4651

Subject: The scope of work, work performed, observations, findings, and recommendations by the Corridor Group related to AseraCare's hospice operations and patient medical records.

3. Betty Nolan
   The Corridor Group
   c/o John Power
   Husch Blackwell LLP
   4801 Main Street
   Suite 1000
   Kansas City, MO 64112
   (816) 283-4651

Subject: The scope of work, work performed, observations, findings, and recommendations by the Corridor Group related to AseraCare's hospice operations and patient medical records.

4. Janice Maslaniak
   4131 Kirkaldy Drive
   Palm Harbor, FL 34685
   (727) 938-2273

Subject: The scope of work, work performed, observations, findings, and recommendations by the Corridor Group related to AseraCare's hospice operations and patient medical records.

5.  Sue Squibb, BSN
    The Corridor Group
    c/o John Power
    Husch Blackwell LLP
    4801 Main Street
    Suite 1000
    Kansas City, MO 64112
    (816) 283-4651

Subject: The scope of work, work performed, observations, findings, and recommendations by the Corridor Group related to AseraCare's hospice operations and patient medical records.

6.  Phyllis Rust, RN
    The Corridor Group
    c/o John Power
    Husch Blackwell LLP
    4801 Main Street
    Suite 1000
    Kansas City, MO 64112
    (816) 283-4651

Subject: The scope of work, work performed, observations, findings, and recommendations by the Corridor Group related to AseraCare's hospice operations and patient medical records.

7.  Dr. Mark Jones
    Plum Creek Medical Group,
    1102 Filmore
    Lexington, NE  68937
    (308) 785-3385

Subject: AseraCare's evaluation of nursing home patients for hospice admission; AseraCare's communications with referral sources about hospice and admission of patients to AseraCare.

8.  Dr. Elias Rifkah
    120 Chestnut Ave.
    Altoona, PA 16601
    (814) 940-8113

Subject: Admission of nursing home patients to hospice, including AseraCare; communications by AseraCare and Golden Living with referral sources about hospice and admission of patients to AseraCare.

9.  Dr. David A. Brechtelsbauer
    1115 E. 20th Street
    Sioux Falls, SD 57105
    (605) 339-1783

Subject: AseraCare admission practices; involvement of attending physician in admission and eligibility decisions; communications by AseraCare to patients' families about hospice and admission of patients to AseraCare.

10. Greg Ryan
    1036 Circle Drive
    Sykesville, MD 21784
    (814) 312-6120

Subject: Operational, clinical and marketing practices of AseraCare's Johnstown, Pennsylvania agency in the 2007-2009 time frame; instructions and expectations from AseraCare management about the same, including census and admissions expectations.

11. Lori Strater
    c/o Counsel for the United States
    Palmetto GBA
    2300 Springdale Drive
    Building One
    Mail Code AG-A03
    Camden, SC 29020-1728

Subject: Palmetto GBA's review of Medicare hospice claims, including claims submitted by AseraCare and the results of those reviews; documentation relating to AseraCare Medicare hospice claims reviewed by Palmetto GBA.

12.  Cheryl Edmondson
     622 Hilton Avenue
     Lawrenceville, GA 30044

Subject: Operations, clinical, and marketing practices of AseraCare's Atlanta, Georgia, agency and instructions from AseraCare's management about the same; AseraCare's response to Medicare aggregate cap issues.

13.  Stephanie Kujala
     Current address unknown

Subject: Operations, clinical and marketing practices of AseraCare's Concord and Stockton, California agencies and instructions from AseraCare's management about the same.

14.  Custodian of Records, Centers for Medicare & Medicaid Services
     c/o Counsel for the United States
     P.O. Box 261, Ben Franklin Station
     Washington, DC 20044

Subject: Records of the Centers for Medicare & Medicaid Services, including the making, keeping, and authenticity of the records.

15.  Custodian of Records, Palmetto GBA
     c/o Counsel for the United States
     P.O. Box 261, Ben Franklin Station
     Washington, DC 20044

Subject: Records of Palmetto GBA, including the making, keeping, and authenticity of the records.

16.  Custodian of Records, AdvanceMed Corp.
     a/k/a NCI Information Systems, Inc.
     c/o Counsel for the United States
     P.O. Box 261, Ben Franklin Station
     Washington, DC 20044

Subject: Records of AdvanceMed Corp., including the making, keeping, and authenticity of the records.

17. Custodian of Records Tricenturion
    c/o Counsel for the United States
    P.O. Box 261, Ben Franklin Station
    Washington, DC 20044

Subject: Records of Tricenturion, including the making, keeping, and authenticity of the records.

18. Custodian of Records, AseraCare
    c/o Bradley Arant Boult Cummings LLP
    1819 5th Avenue North
    Birmingham, AL 25203

Subject: Records of AseraCare, including the making, keeping, and authenticity of the records.

19. Maintainer of the National Claims History 100% Nearline File
    c/o Counsel for the United States
    P.O. Box 261, Ben Franklin Station
    Washington, DC 20044

Subject: National Claims History 100% Nearline File, including its source, maintenance, reliability, and accuracy.

20. Maintainer of the Common Working File Host
    c/o Counsel for the United States
    P.O. Box 261, Ben Franklin Station
    Washington, DC 20044

Subject: Common Working File Host, including its source, maintenance, reliability, and accuracy.

21. Maintainer of AdvanceMed's National Claims History
    100% Nearline File tap
    c/o Counsel for the United States
    P.O. Box 261, Ben Franklin Station
    Washington, DC 20044

Subject: AdvanceMed's National Claims History 100% Nearline File tap, including its source, maintenance, reliability, and accuracy.

DATED: February 28, 2014

        Respectfully submitted,

        STUART F. DELERY
        ASSISTANT ATTORNEY GENERAL

        JOYCE WHITE VANCE
        UNITED STATES ATTORNEY

        LANE HINES WOODKE
        JASON EHRLINSPIEL
        Assistant United States Attorney
        1801 4th Avenue North
        Birmingham, AL 35203
        TELEPHONE: (205) 244-2107

        */s/ Holly Snow*
        MICHAEL D. GRANSTON
        RENÉE BROOKER
        HOLLY H. SNOW
        CAROLYN B. TAPIE
        WILLIAM E. OLSON
        EVA U. GUNASEKERA
        DEREK C. JULIUS
        OLGA YEVTUKHOVA
        Attorneys, Civil Division
        Commercial Litigation Branch
        P.O. Box 261, Ben Franklin Station
        Telephone: (202) 616-2879

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2014, I served the foregoing by E-mail and U.S. Mail to the following:

Jack W. Selden
James S. Christie, Jr.
Kimberly B. Martin
Tiffany J deGruy
Richard Aaron Chastain
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL 35203

Charles H. Bohl
Andrew A. Jones
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

Nola J. Hitchcock Cross
Mary C. Flanner
Cross Law Firm SC
845 N. 11th St.
Milwaukee, WI 53233

Henry I. Frohsin
James F. Barger, Jr.
Ronald R. Bronson
J. Elliott Walthall
Carrie Motes
Frohsin & Barger LLC
3430 Independence Drive, Suite 40
Birmingham, AL 35209

_/s/ Holly Snow_
Holly H. Snow