IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; ex rel., et al., ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 2:12-CV-245-KOB |
| ASERACARE INC, et al. ) | |
| Defendants. ) | |

ORDER

This matter comes before the court on the "Defendants' Motion in Limine to Exclude The Corridor Group Reports." (Doc. 341). For the reasons discussed on the record during the Pretrial Conference held on July 22, 2015, the court **DENIES IN PART** Defendants' Motion in Limine to Exclude The Corridor Group Reports because they may fall within the hearsay exception for business records found in Fed. R. Evid. 803(6). The Corridor Group reports may be admissible as a business record if the appropriate foundations are made. However, the court **GRANTS IN PART** the Defendants' Motion in Limine to Exclude the Corridor Group Reports because those documents do not qualify as an opposing party's statement under Fed. R. Evid. 801(d)(2).

**DONE** and **ORDERED** this 5th day of August, 2015.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE