FILED

2015 Oct-16  AM 09:37
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED

OCT 1 5 2015

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
ex rel. DEBORA PARADIES, et al.,

        Plaintiff,

v.

GGNSC ADMINISTRATIVE
SERVICES, LLC, et al.,

        Defendants.

Civil Action No.

2:12-cv-00245-KOB

## SPECIAL INTERROGATORIES TO THE JURY
## PHASE ONE

For each of the 121 patients listed below, were any of AseraCare's claims for
hospice services false?

1. Agnes B.    X Yes      No
   a. If yes, for what time period?   3/22/07 - 4/27/09

2. Alice D.    X Yes      No
   a. If yes, for what time period?   12/08/07 - 7/01/08

3. Alice M.    X Yes      No
   a. If yes, for what time period?   8/06/07 - 4/22/08

4. Alice P.    X Yes      No
   a. If yes, for what time period?   5/30/07 - 3/12/09

5. Amelia G.    X Yes      No
   a. If yes, for what time period?   12/04/07 - 1/12/09

6. Ann K.    X Yes      No
   a. If yes, for what time period?   1/05/07 - 10/07/09

7.  Ann S. _____ Yes   __X__ No
    a. If yes, for what time period? _____ - _____

8.  Anna S. _____ Yes   __X__ No
    a. If yes, for what time period? _____ - _____

9.  Argentina P. __X__ Yes   _____ No
    a. If yes, for what time period? _2/19/10'_ - _11/30/10'_

10. Aristotle S. __X__ Yes   _____ No
    a. If yes, for what time period? _5/13/10'_ - _10/31/11'_

11. Arthur W. __X__ Yes   _____ No
    a. If yes, for what time period? _11/15/08'_ - _3/20/09'_

12. B. J. C. __X__ Yes   _____ No
    a. If yes, for what time period? _3/08/07'_ - _3/19/08'_

13. Barbara N. _____ Yes   __X__ No
    a. If yes, for what time period? _____ - _____

14. Beatrice V. __X__ Yes   _____ No
    a. If yes, for what time period? _7/02/09'_ - _9/30/10'_

15. Bertha R. __X__ Yes   _____ No
    a. If yes, for what time period? _10/19/07'_ - _2/24/09'_

16. Betty H. __X__ Yes   _____ No
    a. If yes, for what time period? _1/20/11'_ - _8/31/12'_

17. Birdie C. __X__ Yes   _____ No
    a. If yes, for what time period? _11/17/08'_ - _5/18/09'_

18. Caroline M. __X__ Yes   _____ No
    a. If yes, for what time period? _2/19/08'_ - _2/19/09'_

19. Caron K. __X__ Yes   _____ No
    a. If yes, for what time period? _11/19/07'_ - _8/19/08'_

20. Catherine F. __X__ Yes   _____ No
    a. If yes, for what time period? _4/03/09'_ - _7/03/09'_

2

21. Celia B. ___X___ Yes _____ No
    a. If yes, for what time period? __7|03|09' - 12|22|10'__
22. Dollie K. ___X___ Yes _____ No
    a. If yes, for what time period? __2|22|10' - 7|07|11'__
23. Donna W. _____ Yes ___X___ No
    a. If yes, for what time period? _____-_____
24. Dorothea R. ___X___ Yes _____ No
    a. If yes, for what time period? __4|29|09' - 12|28|10'__
25. Dorothy V. ___X___ Yes _____ No
    a. If yes, for what time period? __9|19|09' - 11|19|10'__
26. Dorothy S. ___X___ Yes _____ No
    a. If yes, for what time period? __6|08|09' - 8|01|10'__
27. Edith T. ___X___ Yes _____ No
    a. If yes, for what time period? __3|05|08' - 7|02|09'__
28. Edward O. ___X___ Yes _____ No
    a. If yes, for what time period? __5|15|07' - 7|01|08'__
29. Elbert D. ___X___ Yes _____ No
    a. If yes, for what time period? __3|14|07' - 5|22|08'__
30. Eleanor S. ___X___ Yes _____ No
    a. If yes, for what time period? __1|24|07' - 1|25|08'__
31. Elizabeth B. ___X___ Yes _____ No
    a. If yes, for what time period? __11|21|07' - 9|21|08'__
32. Elizabeth K. ___X___ Yes _____ No
    a. If yes, for what time period? __1|28/10' - 3|28|11'__
33. Elsin K. ___X___ Yes _____ No
    a. If yes, for what time period? __1|15|07' - 6|08|08'__ & 6|16|08' - 4|07|09'
34. Esther A. ___X___ Yes _____ No
    a. If yes, for what time period? __9|08|10' - 1|08|11'__

3

35. Evelyn B. _____X_____ Yes _____ No
    a. If yes, for what time period? _6|25|09 - 4|16|11_

36. Faye A. _____X_____ Yes _____ No
    a. If yes, for what time period? _11|19|09 - 3|14|11_

37. Frances U. _____X_____ Yes _____ No
    a. If yes, for what time period? _10|13|10 - 2|02|12_

38. Georgia M. _____ Yes _____X_____ No
    a. If yes, for what time period? _____ - _____

39. Geraldine A. _____X_____ Yes _____ No
    a. If yes, for what time period? _3|10|11 - 12|06|11_

40. Geraldine H. _____X_____ Yes _____ No
    a. If yes, for what time period? _4|20|07 - 8|11|08_

41. Gladys M. _____X_____ Yes _____ No
    a. If yes, for what time period? _10|27|10 - 9|27|12_

43. Herbert J. _____X_____ Yes _____ No
    a. If yes, for what time period? _11|14|09 - 11|28|10_

44. Hermina P. _____X_____ Yes _____ No
    a. If yes, for what time period? _2|01|11 - 7|18|12_

45. Idella K. _____X_____ Yes _____ No
    a. If yes, for what time period? _6|06|07 - 6|06|08_

46. Ingeborg D. _____X_____ Yes _____ No
    a. If yes, for what time period? _11|04|10 - 9|10|12_

47. Irene F. _____X_____ Yes _____ No
    a. If yes, for what time period? _2|01|08 - 10|01|09_

48. Irene L. _____X_____ Yes _____ No
    a. If yes, for what time period? _12|10|07 - 5|31|09_

49. Irma L. _____X_____ Yes _____ No
    a. If yes, for what time period? _5|03|08 - 12|03|08_

4

50. James A.      __X__ Yes          ____ No
     a. If yes, for what time period? 3|06|08' - 7|02|10'

51. James T.      __X__ Yes          ____ No
     a. If yes, for what time period? 9|20|07' - 9|22|08'

52. Jean M.      __X__ Yes          ____ No
     a. If yes, for what time period? 10|02|09' - 9|13|10'

53. Jennie S.      __X__ Yes          ____ No
     a. If yes, for what time period? 3|31|10' - 10|31|10' & 6|30|11 - 9|14|11';

54. Joan S.      __X__ Yes          ____ No
     a. If yes, for what time period? 11|13|10' - 9|03|12'

55. John G.      __X__ Yes          ____ No
     a. If yes, for what time period? 11|20|09' - 11|20|11'

56. John S.      __X__ Yes          ____ No
     a. If yes, for what time period? 4|10|07' - 7|06|07' & 10|17|07' - 3|09|09';

57. John W.      ____ Yes          __X__ No
     a. If yes, for what time period? ____-____

58. Julia H.      ____ Yes          __X__ No
     a. If yes, for what time period? ____-____

59. Katherine K.      __X__ Yes          ____ No
     a. If yes, for what time period? 11|01|11' - 2|04|12' & 7|01|12' - 9|01|12';

60. Kathleen M.      ____ Yes          __X__ No
     a. If yes, for what time period? ____-____

61. Kathryn H.      ____ Yes          __X__ No
     a. If yes, for what time period? ____-____

62. Lanny R.      __X__ Yes          ____ No
     a. If yes, for what time period? 2|28|08' - 7|31|09'

63. Laura H.      __X__ Yes          ____ No
     a. If yes, for what time period? 12|22|10' - 3|28|12'

64. Lena G.          _X_ Yes          ___ No
    a. If yes, for what time period? 6/04/07 - 7/07/08 & 8/08/08 - 5/28/10;
65. Lena S.          _X_ Yes          ___ No
    a. If yes, for what time period? 5/01/09 - 11/29/10
66. Lennie D.        ___ Yes          _X_ No
    a. If yes, for what time period? ___-___
67. Lidia S.         _X_ Yes          ___ No
    a. If yes, for what time period? 4/01/09 - 9/30/11
68. Lillian H.       _X_ Yes          ___ No
    a. If yes, for what time period? 7/08/08 - 8/31/09
69. Lottie W.        _X_ Yes          ___ No
    a. If yes, for what time period? 11/23/07 - 2/19/09
70. Lucille P.       _X_ Yes          ___ No
    a. If yes, for what time period? 11/01/07 - 3/04/09
71. Mabel B.         _X_ Yes          ___ No
    a. If yes, for what time period? 6/01/09 - 3/20/11
72. Maggie S.        _X_ Yes          ___ No
    a. If yes, for what time period? 9/12/07 - 6/30/08
73. Margaret G.      ___ Yes          _X_ No
    a. If yes, for what time period? ___-___
74. Margaret S.      _X_ Yes          ___ No
    a. If yes, for what time period? 6/02/10 - 9/19/11
75. Margaret W.      _X_ Yes          ___ No
    a. If yes, for what time period? 4/20/07 - 5/08/08 & 8/27/08 - 10/27/09;
76. Marguerite G.    _X_ Yes          ___ No
    a. If yes, for what time period? 7/23/09 - 1/24/11
77. Marian F.        _X_ Yes          ___ No
    a. If yes, for what time period? 2/05/08 - 12/17/09

6

78. Marilla B.          ___X___ Yes                    _____ No
    a. If yes, for what time period?  12|01|07 - 3|04|09

79. Marion G.           ___X___ Yes                    _____ No
    a. If yes, for what time period?  2|06|07 - 10|31|07

80. Marjorie G.         ___X___ Yes                    _____ No
    a. If yes, for what time period?  2|05|10 - 5|22|11

81. Mary A.             ___X___ Yes                    _____ No
    a. If yes, for what time period?  11|01|10 - 7|26|11

82. Mary B.             ___X___ Yes                    _____ No
    a. If yes, for what time period?  6|01|08 - 11|30|09

83. Mary C.             _____ Yes                     ___X___ No
    a. If yes, for what time period?  _____-_____

84. Mary H.             ___X___ Yes                    _____ No
    a. If yes, for what time period?  1|22|09 - 3|17|10

86. Mary S.             ___X___ Yes                    _____ No
    a. If yes, for what time period?  12|12|10 - 8|31|11

87. Micaela C.          ___X___ Yes                    _____ No
    a. If yes, for what time period?  4|23|09 - 12|23|09 ε; 2|23|11 - 4|14|11

88. Michael B.          ___X___ Yes                    _____ No
    a. If yes, for what time period?  10|26|07 - 2|10|08

89. Mildred H.          ___X___ Yes                    _____ No
    a. If yes, for what time period?  3|23|10 - 1|31|12

90. Mildred O.          ___X___ Yes                    _____ No
    a. If yes, for what time period?  6|01|08 - 4|23|09

91. Myra P.             ___X___ Yes                    _____ No
    a. If yes, for what time period?  6|9|10 - 1|22|12

92. Naomi M.            ___X___ Yes                    _____ No
    a. If yes, for what time period?  7|01|09 - 8|23|10

7

93. Nellie C.    ___X___ Yes    _____ No
    a. If yes, for what time period?  10|10|07' - 4|01|09'

94. Norman K.    ___X___ Yes    _____ No
    a. If yes, for what time period?  3|30|09' - 9|08|10'

95. Oral D.    ___X___ Yes    _____ No
    a. If yes, for what time period?  5|10|10' - 10|14|11'

96. Oron L.    ___X___ Yes    _____ No
    a. If yes, for what time period?  10|26|09' - 1|26|10'

97. Patricia D.    ___X___ Yes    _____ No
    a. If yes, for what time period?  7|21|10' - 11|12|11'

98. Patricia F.    ___X___ Yes    _____ No
    a. If yes, for what time period?  6|01|10' - 7|25|11'

99. Paul M.    ___X___ Yes    _____ No
    a. If yes, for what time period?  6|01|08' - 3|31|09'

100. Phyllis P.    ___X___ Yes    _____ No
    a. If yes, for what time period?  1|17|08' - 3|25|09'

101. Ralph S.    ___X___ Yes    _____ No
    a. If yes, for what time period?  5|03|07' - 7|17|09'

102. Robert G.    ___X___ Yes    _____ No
    a. If yes, for what time period?  4|26|10' - 5|31|11'

103. Rosalyn H.    _____ Yes    ___X___ No
    a. If yes, for what time period?  -

104. Rosemary D.    ___X___ Yes    _____ No
    a. If yes, for what time period?  8|01|07' - 3|31|09'

105. Rubye Y.    ___X___ Yes    _____ No
    a. If yes, for what time period?  5|01|08' - 3|03|09'

106. Ruth S.    ___X___ Yes    _____ No
    a. If yes, for what time period?  1|08|08' - 5|01|09'

8

107. Samuel T. _____X_____ Yes _____ No
   a. If yes, for what time period? __3|30|10' - 4|29|12'__
108. Sarah C. _____X_____ Yes _____ No
   a. If yes, for what time period? __7|01|07' - 6|12|08'__
109. Saverio L. _____X_____ Yes _____ No
   a. If yes, for what time period? __9|01|10' - 2|03|12'__
110. Sheila A. _____X_____ Yes _____ No
   a. If yes, for what time period? __9|17|10' - 9|05|12'__
111. Sue S. _____X_____ Yes _____ No
   a. If yes, for what time period? __6|15|07' - 6|30|08'__
112. Sue R. _____ Yes _____X_____ No
   a. If yes, for what time period? _____-_____
113. Thomas S. _____ Yes _____X_____ No
   a. If yes, for what time period? _____-_____
114. Vera W. _____X_____ Yes _____ No
   a. If yes, for what time period? __9|14|07' - 1|15|10'__
115. Vina L. _____X_____ Yes _____ No
   a. If yes, for what time period? __6|11|09' - 12|03|10'__
116. Virginia E. _____X_____ Yes _____ No
   a. If yes, for what time period? __10|15|08' - 4|24|09'__
117. Virginia M. _____X_____ Yes _____ No
   a. If yes, for what time period? __11|01|07' - 1|03|09'__
118. William B. _____ Yes _____X_____ No
   a. If yes, for what time period? _____-_____
119. William M. _____X_____ Yes _____ No
   a. If yes, for what time period? __7|01|08' - 5|31|09'__
120. William T. _____X_____ Yes _____ No
   a. If yes, for what time period? __9|10|07' - 5|12|09'__

121.  Wilson B.          ___X___ Yes              _____ No
      a.  If yes, for what time period?  __3|20|09¹ - 6|24|10¹__
122.  Winoma T.          ___X___ Yes              _____ No
      a.  If yes, for what time period?  __1|22|10¹ - 6|30|11¹__
123.  Yvonne Y.          _____ Yes              ___X___ No
      a.  If yes, for what time period?  _____ - _____

/ FOREPERSON \                          _____    10|15|15¹
                                                  Date

10