# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DEBORA PARADIES, et al., | |
| Plaintiff, | |
| v. | Civil Action No. |
| ASERACARE, INC, et al., | 2:12-cv-00245-KOB |
| Defendants. | |

## NOTICE OF APPEAL

The United States of America gives notice of its appeal of the following Orders to the United States Court of Appeals for the Eleventh Circuit:

(1) the May 20, 2015 Order bifurcating the liability phase of the trial (ECF No. 298);

(2) the October 26, 2015 Order and November 3, 2015 Order and Memorandum Opinion granting a new trial to the defendants (minute entry on 10/26/2015, ECF No. 482, 483); and

(3) the March 31, 2016 Order and Memorandum Opinion granting summary judgment to the defendants (ECF Nos. 497, 498).

Respectfully submitted,

BENJAMIN C. MIZER
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL

JOYCE WHITE VANCE
UNITED STATES ATTORNEY

LANE H. WOODKE
DON B. LONG III
Assistant United States Attorneys
United States Attorney's Office
1801 4th Ave. North
Birmingham, Alabama 35203
(205) 244-2107
Lane.Woodke@usdoj.gov

/s William E. Olson
MICHAEL D. GRANSTON
RENÉE BROOKER
HOLLY H. SNOW
CAROLYN B. TAPIE
WILLIAM E. OLSON
EVA U. GUNASEKERA
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 305-3905
William.E.Olson@usdoj.gov

Counsel for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ William E. Olson
William E. Olson
Trial Attorney
U.S. Department of Justice