1

```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION




 UNITED STATES OF AMERICA,
 EX REL., ET AL.,                  CV-12-KOB-245-S


              Plaintiffs,      August 4, 2015

    vs.                        Birmingham, Alabama

 ASERACARE, INC., ET AL.,

              Defendants.

 * * * * * * * * * * * * * * * * * * * * * * * *


            REPORTER'S OFFICIAL TRANSCRIPT OF
                    JURY SELECTION
                       VOLUME I

         BEFORE THE HONORABLE KARON O. BOWDRE
          UNITED STATES DISTRICT CHIEF JUDGE








 COURT REPORTER:
 Teresa Roberson, RMR
 Federal Official Court Reporter
 1729 Fifth Avenue North
 Birmingham, Alabama  35203
```

```
 1                      *  *  *  *  *
 2                   P R O C E E D I N G S
 3                      *  *  *  *  *
 4                  (Jury organization held.)
 5
 6           THE COURT:  Ladies and gentlemen, at this time,
 7   we're going to do something a little different than the
 8   way we generally select juries in this court.
 9           This week, we will select a jury for the trial
10   that I have told you about, it's the United States of
11   America vs. AseraCare.
12           In this case, the government claims or asserts
13   that AseraCare violated the False Claims Act by
14   submitting claims to Medicare for patients who were not
15   eligible for the hospice benefit.
16           To assist the Court and the attorneys in that
17   selection process, we're going to begin this morning
18   with the first step in what is called voir dire
19   examination.  Voir dire or voir dire or however you want
20   to say it is one of those old latin phrases that lawyers
21   like to throw around.  Loosely translated, it basically
22   means to speak the truth.  We have already talked this
23   morning about how important it is to speak the truth in
24   response to my questions.
25           In a few minutes we'll be asking you to speak
```

the truth when you answer some written questions.  The
purpose of voir dire examination is to give the
attorneys opportunity to inform themselves a little bit
about you so that they may responsibly exercise their
duties to their clients to select a fair and impartial
jury for the trial of this particular case.

Now, no one wishes to probe unnecessarily into
your private affairs or into your private opinions, but
the lawyers need to know and the parties are entitled to
know some information about you so that they can decide
who to have on this jury.

This morning, as I mentioned, we have some
written questions that we want you to answer.  Please
answer each question as fully and accurately as you can.
There are no wrong answers.  This is not a test.  So
don't try to figure out what the right answer is.  The
right answer is whatever your opinion is for that
particular question.  We need you to give your best,
honest and sincere effort to answer each question.

If you are not sure whether the information
called for by the question, if you're not quite sure
what it's asking for or you don't understand it, just
answer it to the best of your ability.  And if you
would, err on the side of telling us too much as opposed
to not telling us anything.

1        After you complete the questionnaire this
2   morning, you will be free to leave for the rest of the
3   day.
4        Some of you will be asked to come back on
5   Thursday morning for the second step in voir dire which
6   will be actually asking questions orally in court.
7        We may need a few more to come in on Friday
8   morning, we won't know until we see how things go on
9   Thursday.  I am hopeful that we will have a jury
10  selected by Thursday afternoon.  And then the plan is to
11  start the trial next Monday.
12       So that's kind of the schedule that we're
13  looking at.  And I have already told you that we will
14  not try the case on Fridays, so you will be off on
15  Fridays.
16       If you are selected for the jury, I will have a
17  calendar that I will give you because there are a few
18  days that we have got other things already committed or
19  we have things going on in our courtroom, like a
20  naturalization ceremony one morning and so we will start
21  the court late on that day.
22       But I will do my best to keep you informed of
23  what's going to be happening when.  So that's also why I
24  wanted to let you know this morning what the plan is for
25  the rest of this week.

             Now, if you finish your questionnaire in just a
few hours and you are ready to leave, I am not going to
be telling your spouse or your employer or anybody else
that you're not here.  So you can do whatever you want
to do this afternoon and we won't be telling on you.
Okay.  That will be just with us.
             Mrs. Kimbrell will give you instructions about
when and how to call in to find out whether you have
been called back for Thursday's session or if you are on
call for Friday, so she will give you that information
in a minute when I leave.
             And don't worry, you'll get a break before you
start filling out the questionnaire.
             I do want to again thank you for being here.
When you are in this court house, you are the guests of
the judges and the staff of the Northern District of
Alabama.  And we very much appreciate you being here.
             If there's anything that you need while you're
here, Mrs. Kimbrell is the representative of all of us
and she will be taking care of you.
             Again, thank you so much for being here.  If
you are selected on this case, it will be an interesting
one.  I will promise you that.
                         * * * * *

```
 1
 2
 3
 4                    C E R T I F I C A T E
 5
 6         I hereby certify that the foregoing is a
 7   correct transcript from the record of proceedings in the
 8   above-referenced matter.
 9
10
   _____
11 Teresa Roberson, RPR, RMR
12
```