### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEBORAH PARADIES, et al., | ]<br>]<br>] |
| Plaintiffs, | ] |
| | ]   2:12-cv-245-KOB |
| v. | ]<br>] |
| ASERACARE INC., et al., | ]<br>] |
| Defendants. | ] |

## ORDER

This case is before the court on the Eleventh Circuit's Mandate dated November 1, 2019, affirming this court's grant of a new trial; vacating the post-verdict grant of summary judgment in favor of AseraCare; and remanding the case to this court "to reconsider [it's summary judgment decision] in light of all the relevant evidence proffered by the Government" (doc. 574-1 at 57).

The court ORDERS the parties to file a Joint Status Report **on or before November 18, 2019**, advising the court of the parties' proposed plan for moving this case forward, including suggested deadlines for filing dispositive motions, responses, and replies.

The court SETS a STATUS CONFERENCE on **Monday, December 2, 2019 at 3:00 pm**, 8th Floor Chambers, Hugo Black United States Courthouse.

DONE and ORDERED this 5th day of November, 2019.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE