# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DEBRA PARADIES, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ASERACARE, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: <br><br> 2:12-cv-00245-KOB |

## JOINT STIPULATION OF DISMISSAL AS TO GGNSC ADMINISTRATIVE SERVICES, LLC

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Relators Debra Paradies, London Lewis, and Roberta Manley, and Defendants GGNSC Administrative Services, LLC, Hospice Preferred Choice, Inc. and Hospice of Eastern Carolina, Inc., submit this Stipulation of Dismissal as to Defendant GGNSC Administrative Services, LLC.

The United States, Relators, and Defendants hereby stipulate that the claims in this action against Defendant GGNSC Administrative Services, LLC shall be dismissed, upon the filing of this Stipulation with the Clerk of the Court pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, with prejudice to the United States and Relators.

1

Respectfully Submitted,

Joseph H. Hunt
Assistant Attorney General

Jay E. Town
United States Attorney

*/s/ Lane H Woodke*
_____
Lane Hines Woodke
Don B. Long, III
Assistant United States Attorneys
1801 4th Avenue North
Birmingham, AL 35203
Telephone: (205) 244-2107

Andy J. Mao
Holly H. Snow
William E. Olson
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-2879

Counsel for the United States

*/s/ James F. Barger, Jr.*
James F. Barger, Jr.
Elliott Walthall
Frohsin, Barger & Walthall, LLC
402 Office Park Drive, Suite 270
Birmingham, AL 35223
(205) 933-4006
jim@frohsinbarger.com
elliott@frohsinbarger.com

Counsel for Relators Debra Paradies, London Lewis, and Roberta Manley

*/s/ Jack W. Selden*
Jack W. Selden (SEL005)
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL  35203
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800
jselden@babc.com


Kimberly Bessiere Martin (BES002)
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
kmartin@babc.com

Counsel for Defendants GGNSC Administrative Services, LLC, Hospice Preferred Choice, Inc., and Hospice of Eastern Carolina, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all Counsel of Record by the CM/ECF system, on February 26, 2020.

/s/ Holly H. Snow
Holly H. Snow