FILED
2020 Feb-26  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> **ex rel. DEBRA PARADIES, et al.** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **ASERACARE, INC., et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No:** <br><br> **2:12-cv-00245-KOB** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the February 24, 2020, Settlement Agreement among the United States, Relators Debra Paradies, London Lewis, and Roberta Manley (collectively Relators), and Defendants Hospice Preferred Choice, Inc. and Hospice of Eastern Carolina, Inc., the United States, Relators, and Defendants submit this Stipulation of Dismissal.

The United States, Relators, and Defendants Hospice Preferred Choice, Inc. and Hospice of Eastern Carolina, Inc., hereby stipulate that this action shall be dismissed, subject to the terms of the settlement, upon the filing of this Stipulation with the Clerk of the Court pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, with each party to bear its own costs, with prejudice to the United States and Relators.

                                            Respectfully Submitted,

                                            Joseph H. Hunt
                                            Assistant Attorney General

                                            Jay E. Town
                                            United States Attorney

                                            */s/ Lane H. Woodke*
                                            Lane Hines Woodke
                                            Don B. Long, III
                                            Assistant United States Attorneys
                                            1801 4th Avenue North
                                            Birmingham, AL 35203
                                            Telephone: (205) 244-2107

                                            Andy J. Mao
                                            Holly H. Snow
                                            William E. Olson
                                            Attorneys, Civil Division
                                            Commercial Litigation Branch
                                            P.O. Box 261, Ben Franklin Station
                                            Washington, DC 20044
                                            Telephone: (202) 616-2879

                                            Counsel for the United States

/s/ James F. Barger, Jr.
James F. Barger, Jr.
Elliott Walthall
Frohsin, Barger & Walthall, LLC
402 Office Park Drive, Suite 270
Birmingham, AL 35223
(205) 933-4006
jim@frohsinbarger.com
elliott@frohsinbarger.com

Counsel for Relators Debra Paradies,
London Lewis, and Roberta Manley

/s/ Jack W. Selden
Jack W. Selden (SEL005)
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL  35203
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800
jselden@babc.com

Kimberly Bessiere Martin (BES002)
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
kmartin@babc.com

Counsel for Defendants GGNSC
Administrative Services, LLC,
Hospice Preferred Choice, Inc., and
Hospice of Eastern Carolina, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all Counsel of Record by the CM/ECF system, on February 26, 2020.

_____
Holly H. Snow